# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PREMIER ONE HOLDINGS, INC., | ) |
| | ) |
| Plaintiff, | )    Case No. 2:15-cv-01798-JAD-GWF |
| | ) |
| vs. | )    **ORDER** |
| | ) |
| MTC FINANCIAL, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

This matter is before the Court on Defendants' failure to file a Statement in Removal.  The Minutes of the Court (#3) dated September 18, 2015, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order.  To date, Defendants have not complied.  Accordingly,

   **IT IS ORDERED** counsel for the Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (#3) no later than **October 26, 2015**.  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

   DATED this 14th day of October, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge