MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
JASON J. ZUMMO
Nevada Bar. No. 13995
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jason.zummo@akerman.com

*Attorneys for defendants Nationstar Mortgage LLC
and Federal Home Loan Mortgage Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PREMIER ONE HOLDINGS, INC.<br><br>Plaintiff,<br>v.<br><br>MTC FINANCIAL, INC., a California corporation; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; FEDERAL HOME LOAN MORTGAGE CORPORATION, form and type of entity unknown; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01798-JAD-GWF<br><br>SUBSTITUTION OF COUNSEL FOR NATIONSTAR MORTGAGE AND FEDERAL HOME LOAN MORTGAGE CORPORATION |

///
///
///
///
///
///
///
///
///

43885543;1

Defendants Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation hereby consent to the substitution of Melanie Morgan, Esq. and Jason J. Zummo, Esq. of AKERMAN LLP as its counsel in the place and stead of WRIGHT, FINLAY & ZAK, LLP in the above-entitled matter.

DATED this \_1\_ day of ~~January~~ FEBRUARY, 2018.

NATIONSTAR MORTGAGE LLC

By: *Edward Wynne*

Its: SENIOR ASSISTANT SECRETARY OF LITIGATION SUPPORT AND RESOLUTION ANALYST

FEDERAL HOME LOAN MORTGAGE CORPORATION, BY NATIONSTAR MORTGAGE, LLC, ITS ATTORNEY IN FACT.

By: *Edward Wynne*

Its: SENIOR ASSISTANT SECRETARY OF LITIGATION SUPPORT AND RESOLUTION ANALYST

Dana J. Nitz, Esq. of the law firm of WRIGHT, FINLAY & ZAK, LLP consents to the substitution of Melanie Morgan, Esq. and Jason J. Zummo, Esq. of AKERMAN LLP as counsel of record in its place and stead on behalf of defendants Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation.

DATED this 29 day of January, 2018.

WRIGHT, FINLAY & ZAK, LLP

DANA J. NITZ, ESQ.
Nevada Bar No. 000050
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117

///
///
///
///
///
///
///

2

43249890;1
43885543;1

Melanie Morgan, Esq. and Jason J. Zummo, Esq. of the law firm AKERMAN LLP consent to substitution as counsel of record for defendants Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation.

DATED this 23 day of January, 2018.

AKERMAN LLP

MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JASON J. ZUMMO
Nevada Bar. No. 13995
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: 02/05/2018

3