1  MELANIE MORGAN, ESQ.
   Nevada Bar No. 8215
2  KAREN A. WHELAN, ESQ.
   Nevada Bar. No. 139950466
3  1635 Village Center Circle, Suite 200
   Las Vegas, Nevada 89134
4  Telephone:  (702) 634-5000
   Facsimile:   (702) 380-8572
5  Email: melanie.morgan@akerman.com
   Email: karen.whelan@akerman.com

*Attorneys for defendants Nationstar Mortgage LLC
and Federal Home Loan Mortgage Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PREMIER ONE HOLDINGS, INC. | Case No.:  2:15-cv-01798-JAD-GWF |
| Plaintiff, | |
| v. | **NOTICE OF DISASSOCIATION** |
| MTC FINANCIAL, INC., a California corporation; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; FEDERAL HOME LOAN MORTGAGE CORPORATION, form and type of entity unknown; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

PLEASE TAKE NOTICE defendant Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation hereby provides notice that Jason Zummo, Esq., is no longer associated with the law firm of Akerman LLP.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

46241713;1

Akerman LLP continues to serve as counsel for defendant Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation. All future correspondence, papers and future notices in this action should continue to be directed to Melanie D. Morgan, Esq. and Karen A. Whelan, Esq.

DATED this 29th day of August, 2018

**AKERMAN LLP**

*/s/ Karen A. Whelan*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
KAREN A. WHELAN, ESQ.
Nevada Bar No. 10466
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134

*Attorneys for defendants Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 8/30/2018

42369890;1
46241713;1