MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar. No. 13468
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for defendants Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PREMIER ONE HOLDINGS, INC. | Case No.:      2:15-cv-01798-JAD-GWF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT [ECF NO. 1-2]** |
| MTC FINANCIAL, INC., a California corporation; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; FEDERAL HOME LOAN MORTGAGE CORPORATION, form and type of entity unknown; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive, | **(First Request)** |
| Defendants. | |

Defendant Nationstar Mortgage LLC (**Nationstar**) and Federal Home Loan Mortgage Corporation (**Freddie Mac,** collectively **Defendants**) and Plaintiff Premier One Holding, Inc. (**Plaintiff**), by and through their respective counsel of record, stipulate and agree as follows:

The parties hereby stipulate and agree to extend Defendants' time to enter a response to Plaintiff's complaint [ECF No. 1-2], currently set for April 12, 2019 [ECF No. 20], an additional twenty-one (21) days to **May 3, 2019**.

This is the first request for an extension of this deadline. The parties requests the additional time to afford them the opportunity to explore resolution options.

…

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

The parties submit this request in good faith without the purpose of undue delay.

DATED: April 10, 2019.

DATED: April 10, 2019.

**AKERMAN LLP**

**HONG & HONG APLC**

/s/ Thera A. Cooper
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134

/s/ Josephy Y. Hong
JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

*Attorneys for Defendants Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation*

*Attorneys for Plaintiff Premier One Holdings, Inc.*

<u>ORDER</u>

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

4/11/2019
_____
**DATED**

48546272;1

AKERMAN LLP

1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572