MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar. No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:　(702) 634-5000
Facsimile:　(702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for defendants Nationstar Mortgage LLC
and Federal Home Loan Mortgage Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PREMIER ONE HOLDINGS, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>MTC FINANCIAL, INC., a California corporation; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; FEDERAL HOME LOAN MORTGAGE CORPORATION, form and type of entity unknown; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　Defendants. | Case No.:　　2:15-cv-01798-JAD-GWF<br><br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

　　　　PLEASE TAKE NOTICE that Defendants Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation hereby provides notice that Karen A. Whelan, Esq. and Thera A. Cooper, Esq. are no longer associated with the law firm of Akerman LLP.

…

…

…

…

…

…

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

48641544;1

**AKERMAN LLP**

1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1   Akerman LLP continues to serve as counsel for Deutsche Bank National Trust Company in

2   this action.  All items, including, but not limited to, pleadings, papers, correspondence, documents

3   and future notices in this action should continue to be directed to Melanie D. Morgan, Esq. and

4   Donna M. Wittig, Esq.

5   DATED this 17th day of April, 2019

6

7                                                **AKERMAN LLP**

8                                                */s/ Donna M. Wittig*

9                                                MELANIE D. MORGAN, ESQ.
                                                 Nevada Bar No. 8215

10                                               DONNA M. WITTIG, ESQ.
                                                 Nevada Bar No. 11015

11                                               1635 Village Center Circle, Ste. 200
                                                 Las Vegas, Nevada 89134

12

13                                               *Attorneys for defendants Nationstar Mortgage LLC
                                                 and Federal Home Loan Mortgage Corporation*

14

15                                               **COURT APPROVAL**

16   IT IS SO ORDERED.

17   Date:  4/18/2019

18   _____

19   UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

2

48641544;1