MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar. No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for defendants Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation*



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PREMIER ONE HOLDINGS, INC.

Plaintiff,

v.

MTC FINANCIAL, INC., a California corporation; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; FEDERAL HOME LOAN MORTGAGE CORPORATION, form and type of entity unknown; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,

Defendants.

Case No.: 2:15-cv-01798-JAD-GWF

**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT [ECF NO. 1-2]**

**(Second Request)**

Defendant Nationstar Mortgage LLC (**Nationstar**) and Federal Home Loan Mortgage Corporation (**Freddie Mac,** collectively **Defendants**) and Plaintiff Premier One Holding, Inc. (**Plaintiff**), by and through their respective counsel of record, stipulate and agree as follows:

The parties hereby stipulate and agree to extend Defendants' time to enter a response to Plaintiff's complaint [ECF No. 1-2], currently set for May 3, 2019 [ECF No. 22], an additional thirty-one (31) days to Monday, **June 3, 2019**.

. . .

. . .

This is the second request for an extension of this deadline. The parties requests the additional time to afford them the opportunity to negotiate resolution, which the parties believe they will be able to accomplish in this second extended timeframe.

The parties submit this request in good faith without the purpose of undue delay.

DATED: May 1, 2019.

**AKERMAN LLP**

*/s/ Donna M. Wittig*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134

*Attorneys for Defendants Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation*

DATED: May 1, 2019.

**HONG & HONG APLC**

*/s/ Joseph Y. Hong*
JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

*Attorneys for Plaintiff Premier One Holdings, Inc.*

**IT IS SO ORDERED.**

George Foley Jr.
UNITED STATES MAGISTRATE JUDGE

5/2/2019
**DATED**

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572