1  MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
2  DONNA M. WITTIG, ESQ.
   Nevada Bar. No. 11015
3  **AKERMAN LLP**
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone:   (702) 634-5000
5  Facsimile:   (702) 380-8572
   Email: melanie.morgan@akerman.com
6  Email: donna.wittig@akerman.com

7  *Attorneys for defendants Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PREMIER ONE HOLDINGS, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>MTC FINANCIAL, INC., a California corporation; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; FEDERAL HOME LOAN MORTGAGE CORPORATION, form and type of entity unknown; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　Defendants. | Case No.:   2:15-cv-01798-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT [ECF NO. 1-2]**<br><br>**(Third Request)** |

Defendant Nationstar Mortgage LLC (**Nationstar**) and Federal Home Loan Mortgage Corporation (**Freddie Mac,** collectively **Defendants**) and Plaintiff Premier One Holding, Inc. (**Plaintiff**), by and through their respective counsel of record, stipulate and agree as follows:

The parties hereby stipulate and agree to extend Defendants' time to enter a response to Plaintiff's complaint [ECF No. 1-2], currently set for June 3, 2019 [ECF No. 26], an additional forty-five (45) days to Wednesday, **July 18, 2019**.

. . .

. . .

49060775;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

This is the third request for an extension of this deadline. The parties requests the additional time to allow plaintiff to substitute in a new party, who purchased the property from the current plaintiff. Defendants require the real party in interest to be a party to complete the settlement.

The parties submit this request in good faith without the purpose of undue delay.

| | |
|---|---|
| DATED: June 3, 2019. | DATED: June 3, 2019. |
| **AKERMAN LLP** | **HONG & HONG APLC** |
| */s/ Donna M. Wittig* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> DONNA M. WITTIG, ESQ. <br> Nevada Bar No. 11015 <br> 1635 Village Center Circle, Ste. 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Defendants Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation* | */s/ Joseph Y. Hong* <br> JOSEPH Y. HONG, ESQ. <br> Nevada Bar No. 5995 <br> 1980 Festival Plaza Drive, Suite 650 <br> Las Vegas, Nevada 89135 <br><br> *Attorneys for Plaintiff Premier One Holdings, Inc.* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

6/4/2019
_____
**DATED**

2

49060775;1