MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar. No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for defendants Nationstar Mortgage LLC
and Federal Home Loan Mortgage Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PREMIER ONE HOLDINGS, INC.<br><br>Plaintiff,<br>v.<br>MTC FINANCIAL, INC., a California corporation; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; FEDERAL HOME LOAN MORTGAGE CORPORATION, form and type of entity unknown; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company; and FEDERAL HOME LOAN MORTGAGE CORPORATION, a government sponsored enterprise,<br><br>Third-Party Plaintiff,<br>v.<br>STAR GOLDEN ENTERPRISES, LLC, a Nevada limited liability company; DOE INDIVIDUALS XI-XX, inclusive, and ROE CORPORATIONS XI-XX, inclusive.<br><br>Third-Party Defendant. | Case No.:    2:15-cv-01798-JAD-EJY<br><br>**STIPULATION AND ORDER TO DISMISS PREMIER ONE HOLDINGS, INC.'S CLAIMS AGAINST NATIONSTAR MORTGAGE LLC AND FEDERAL HOME LOAN MORTGAGE CORPORATION WITH PREJUDICE**<br><br>ECF Nos. 45, 46, 48 |

Pursuant to Rule 41, Plaintiff Premier One Holdings, Inc. (**Premier One**), and defendants/counter-claimants Nationstar Mortgage LLC (**Nationstar**) and Federal Home Loan

52345930;1

Mortgage Corporation (**Freddie Mac**)[1] agree to dismiss all Premier One's claims against Nationstar and Freddie Mac with prejudice.

DATED: March 11th, 2020.

| **AKERMAN LLP** | **HONG & HONG** |
|---|---|
| /s/ Donna M. Wittig | /s/ Joseph Y. Hong |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar. No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for defendants Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation* | JOSEPH Y. HONG, ESQ.<br>Nevada Bar No. 5995<br>10781 Twain Avenue<br>Las Vegas, Nevada 89135<br><br>*Attorneys for plaintiff Premier One Holdings, Inc.* |

## ORDER

Based on the parties' stipulation **[ECF No. 48]** and good cause appearing, IT IS HEREBY ORDERED that the claims against Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation are DISMISSED with prejudice, each side to bear its own fees and costs. Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation's Motion for Summary Judgment **[ECF No. 46] is DENIED** as moot.

Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation's Motion for Default Judgment on their Third-Party Claim against Star Golden Enterprises, LLC **[ECF No. 45] is GRANTED.** With good cause appearing and no reason to delay, **the Clerk of Court is directed to ENTER PARTIAL JUDGMENT** under FRCP 54(b) **in favor of Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation on their Third-party Claim against Star Golden Enterprises, LLC, declaring that Star Golden Enterprises, LLC acquired its interest in the property known as 5430 Lavender Grove Ct., North Las Vegas, Nevada 89031, APN 124-31-114-143 subject to the senior deed of trust recorded against the property on 7/5/07 as instrument number 20070705-00022777.**

IT IS FURTHER ORDERED that **the hearing** scheduled on these motions for 3/20/2020 at 9:30 a.m. [ECF No. 47] **is VACATED**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 11, 2020

---

[1] A Notice of intent to dismiss MTC Financial, Inc. pursuant to FRCP 4(m) was filed on June 12, 2019. ECF No. 29. Cross-defendant Star Golden Enterprises LLC has not appeared. The clerk entered default judgment against Star Golden on October 15, 2019. ECF No. 42. Nationstar and Freddie Mac filed a motion for default judgment against Star Golden on December 3, 2019. ECF No. 45. Nationstar and Freddie Mac filed a motion for summary judgment on February 13, 2020. ECF No. 46.