# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Premier One Holdings, Inc.,

                    Plaintiff,

v.

MTC Financial, Inc., et al.,

                    Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number:  2:15-cv-001798-JAD-EJY

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✕ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that partial judgment is entered  under FRCP 54(b) in favor of Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation on their Third-party Claim against Star Golden Enterprises, LLC, declaring that Star Golden Enterprises, LLC acquired its interest in the property known as 5430 Lavender Grove Ct., North Las Vegas, Nevada 89031, APN 124-31-114-143 subject to the senior deed of trust recorded against the property in 7/5/07 as instrument number 20070705-00022777.

03/13/2020
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ A. Reyes
_____
Deputy Clerk